UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-23364-CIV-MARTINEZ/SANCHEZ

STATE OF FLORIDA,

    Plaintiff,

v.

BENZO ELIAS RUDNIKAS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    **THIS MATTER** is before the Court upon the Report and Recommendation ("R&R") of the Honorable Eduardo I. Sanchez, United States Magistrate Judge, (ECF No. 67), on Respondents' Emergency Motion to Enjoin State Court Proceedings Pending Removal Proceedings ("Emergency Motion"), (ECF No. 66).[1] Judge Sanchez recommended that the Emergency Motion be denied without prejudice. (ECF No. 67.) The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    The Report and Recommendation, (ECF No. 67), is **AFFIRMED** and **ADOPTED**.

    2.    Respondents' Emergency Motion, (ECF No. 66), is **DENIED** without prejudice as stated in the R&R.

    **DONE AND ORDERED** in Miami, Florida, this 26 day of August, 2025.

                                                _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record

---

[1] This case was previously referred to Judge Sanchez for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on all dispositive matters. (ECF No. 8.)